TURNER CONSTRUCTION CO., INC., Plaintiff–Appellee,

v.

UNITED STATES, Defendant–Appellant,

and

McCarthy/Hunt, JV, Defendant,

and

B.L. Harbert–Brasfield & Gorrie, JV, Defendant–Appellant.

Nos. 2010–5146, 2010–5158.

United States Court of Appeals, Federal Circuit.

Dec. 8, 2010.

Before LOURIE, MAYER, and DYK, Circuit Judges.

## ON MOTION

DYK, Circuit Judge.

## ORDER

B.L. Harbert–Brasfield & Gorrie, JV, moves for a stay, pending disposition of this appeal, of the judgment entered by the United States Court of Federal Claims. Turner Construction Co., Inc. opposes. The United States opposes. B.L. Harbert–Brasfield & Gorrie replies.

To obtain a stay, pending appeal, a movant must establish a strong likelihood of success on the merits or, failing that, nonetheless demonstrate a substantial case on the merits provided that the harm factors militate in its favor. *Standard Havens Prods. v. Gencor Indus.*, 897 F.2d 511, 513 (Fed.Cir.1990) (citing *Hilton v. Braunskill*, 481 U.S. 770, 778, 107 S.Ct. 2113, 95 L.Ed.2d 724 (1987)). In deciding whether to grant a stay, pending appeal, this court "assesses the movant's chances of success on the merits and weighs the equities as they affect the parties and the public." *E.I. DuPont de Nemours & Co. v. Phillips Petroleum Co.*, 835 F.2d 277, 278 (Fed.Cir. 1987); *see also Standard Havens Prods.*, 897 F.2d at 513.

Based on the arguments in the motions papers, and without prejudicing the ultimate disposition of this case by a merits panel, we determine that B.L. Harbert–Brasfield & Gorrie has not met its burden to obtain a stay of the judgment.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.